IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $6,000.00 IN<br>U.S. CURRENCY,<br><br>　　　　Defendant. | 1:09-CV-01755 AWI GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Document 21) |

　　　On February 22, 2010, the Magistrate Judge issued findings and recommendations that (1) Plaintiff's ex parte application for default judgment against the interests of Luis Cortez and Mariluz Espinoza in the defendant currency be granted; (2) final forfeiture judgment be entered to vest in Plaintiff all right, title and interest in the defendant currency; and (3) Plaintiff be ordered to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations within ten days of service of an order adopting the findings and recommendations.  These findings and recommendations were served on all parties appearing in the action and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order.  More than fifteen court days have passed and no objections have been filed.

//

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued February 22, 2010, are ADOPTED IN FULL; and
2. Plaintiff United States of America shall submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and order of the court within ten (10) days of service of this order.

IT IS SO ORDERED.

**Dated:   April 16, 2010**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE